# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ORION LABS TECH, LLC, | |
| Plaintiff, | Civil Action No. 7:25-cv-00133 |
| v. | |
| SPRINKLR, INC., | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION
## TO TRANSFER VENUE TO THE AUSTIN DIVISION

Before the Court is the parties' Motion for Intra-District Transfer Under 28 U.S.C. § 1404(a) and (b). Defendant Sprinklr, Inc. represents that it resides in the Austin Division and venue, therefore, is proper in the Austin Division at least for this action.  The parties further represent in the motion that neither party has a presence in Midland/Odessa and that relevant witnesses may reside in the Austin Division.

Having considered the motion, the applicable law, and the relevant facts, the Court **GRANTS** the motion. It is therefore **ORDERED** that the Clerk of Court is respectfully directed to transfer Case No. 7:25-cv-00133 to the U.S. District Court for the Western District of Texas, Austin Division, without delay.

SIGNED this 20th day of June, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE