# EXHIBIT 4

US011127636B2

(12) **United States Patent**
Robbins et al.

(10) Patent No.: **US 11,127,636 B2**
(45) Date of Patent: **\*Sep. 21, 2021**

(54) **BOT GROUP MESSAGING USING BOT-SPECIFIC VOICE LIBRARIES**

(71) Applicant: **Orion Labs**, San Francisco, CA (US)

(72) Inventors: **Jesse Robbins**, San Francisco, CA (US); **Greg Albrecht**, San Francisco, CA (US); **Ellen Juhlin**, San Francisco, CA (US)

(73) Assignee: **Orion Labs, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 18 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/937,035**

(22) Filed: **Mar. 27, 2018**

(65) **Prior Publication Data**
US 2018/0309805 A1    Oct. 25, 2018
US 2021/0075835 A9    Mar. 11, 2021

**Related U.S. Application Data**

(60) Provisional application No. 62/477,082, filed on Mar. 27, 2017.

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*H01L 21/8234* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ...... *H01L 21/823418* (2013.01); *G10L 15/26* (2013.01); *H01L 21/02592* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ..... H01L 21/823418; H01L 21/823814; H01L 27/1211; H01L 27/0924; H01L 29/785;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,072,941 B2 * 7/2006 Griffin ................ H04L 12/1827
709/204
9,325,511 B2    4/2016 Helbing et al.
(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion dated Jun. 22, 2018 for PCT Application No. PCT/US2018/024529, 20 pages.

*Primary Examiner* — Vivek Srivastava
*Assistant Examiner* — Karina J Garcia-Ching

(57) **ABSTRACT**

A method includes receiving, by a group messaging service, a message including recorded audio and a first group identifier, and determining that the group includes a bot. The method also includes determining whether the bot is a user bot responsive to a user node in the group or a group bot responsive to each of the one or more user nodes, selecting a bot voice library to process the recorded audio, sending, by the group messaging service, the recorded audio to the determined user bot or group bot, processing the recorded audio to produce enhanced text, performing, by the determined user bot or group bot, one or more designated actions corresponding to one of the recorded audio and the enhanced text, and sending, by the determined user bot or group bot, an audio reply to the group messaging service.

**20 Claims, 12 Drawing Sheets**



100



**US 11,127,636 B2**

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *G10L 15/26* | (2006.01) |
| *H01L 21/02* | (2006.01) |
| *H01L 21/308* | (2006.01) |
| *H01L 21/8238* | (2006.01) |
| *H01L 21/84* | (2006.01) |
| *H01L 27/092* | (2006.01) |
| *H01L 27/12* | (2006.01) |
| *H01L 29/66* | (2006.01) |
| *H01L 29/78* | (2006.01) |
| *H04L 12/58* | (2006.01) |
| *H04L 29/06* | (2006.01) |

(52) **U.S. Cl.**

CPC ...... *H01L 21/02675* (2013.01); *H01L 21/308* (2013.01); *H01L 21/823431* (2013.01); *H01L 21/823814* (2013.01); *H01L 21/823821* (2013.01); *H01L 21/845* (2013.01); *H01L 27/0924* (2013.01); *H01L 27/1211* (2013.01); *H01L 29/66795* (2013.01); *H01L 29/785* (2013.01); *H01L 29/7848* (2013.01); *H01L 29/7851* (2013.01); *H04L 51/02* (2013.01); *H04L 51/046* (2013.01); *H04L 65/403* (2013.01)

(58) **Field of Classification Search**

CPC ........... H01L 29/7848; H01L 29/66795; H01L 21/845; H01L 21/823821; H01L 21/02592; H01L 21/02675; H01L 29/7851; H01L 21/823431; H01L 21/308; G10L 15/26; H04L 65/403; H04L 51/046; H04L 51/02

USPC ........................................................ 709/206

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2005/0267763 | A1* | 12/2005 | Ojanpera | .............. G10L 19/008 704/500 |
| 2013/0173723 | A1 | 7/2013 | Herold et al. | |
| 2015/0066479 | A1* | 3/2015 | Pasupalak | .............. G06F 40/20 704/9 |
| 2016/0300570 | A1 | 10/2016 | Gustafson et al. | |
| 2016/0352567 | A1* | 12/2016 | Robbins | .............. H04L 41/0806 |
| 2017/0269972 | A1* | 9/2017 | Hosabettu | .............. G06F 9/4843 |
| 2017/0358299 | A1 | 12/2017 | Schlesinger et al. | |
| 2017/0366478 | A1* | 12/2017 | Mohammed | ........... H04L 51/02 |
| 2018/0176269 | A1* | 6/2018 | Griffin | ................. H04L 65/403 |

* cited by examiner





FIGURE 1



FIGURE 2





FIGURE 3



FIGURE 4





FIGURE 6



FIGURE 7



FIGURE 8



FIGURE 9



FIGURE 10



FIGURE 11



FIGURE 12

US 11,127,636 B2

**1**

# BOT GROUP MESSAGING USING BOT-SPECIFIC VOICE LIBRARIES

### CROSS REFERENCE TO RELATED APPLICATIONS

This application claims priority to and benefit from provisional U.S. Patent Application No. 62/477,082, filed on Mar. 27, 2017, by the same title, which is expressly incorporated by reference herein.

### BACKGROUND

With the worldwide proliferation of the internet, providing goods and services to users and consumers has become more commonplace and automated. One way that automatically providing increased numbers of goods and services is through bots. An internet Bot, also known as web robot, WWW robot or simply bot, is a software application that runs automated tasks (scripts) over the internet. Typically, bots perform tasks that are both simple and structurally repetitive, at a much higher rate than would be possible for a human alone. The largest current use of bots is in web spidering or web crawling, in which an automated script fetches, analyzes and files information from web servers at many times the speed of a human. More than half of all web traffic is made up of bots.

Some bots communicate with other users of internet-based services, via Instant Messaging (IM), Internet Relay Chat (IRC), or another web interface such as Facebook Bots and Twitterbots. These chatterbots may allow people to ask questions in plain English and then formulate a proper response. These bots can often handle many tasks, including reporting weather, zip-code information, sports scores, converting currency or other units, etc. Others are used for entertainment, such as SmarterChild on AOL Instant Messenger and MSN Messenger. An additional role of IRC bots may be to lurk in the background of a conversation channel, commenting on certain phrases uttered by the participants (based on pattern matching). This is sometimes used as a help service for new users, or for censorship of profanity.

General-purpose bots, such as Amazon's Alexa, Microsoft's Cortana, Google's Assistant, and Apple's Siri, are digital personal assistants able to provide a wide range of consumer-oriented voice-activated services, including turning lights on/off, controlling appliances, playing requested music from services such as Pandora or Spotify, providing requested information, or ordering products or services.

Overview

With increasing interest in bot-based platforms and internet ease of use, it is desirable to create a new generation of messaging services that allow groups of users to interact with both user-oriented bots as well as group-oriented bots. The present disclosure provides advantages for bot environments. Methods, apparatuses, and computing systems are provided for bot messaging.

In an implementation, a method may include one or more of receiving, by a group messaging service coupled to the internet and a group including one or more user nodes, a message including recorded audio and a first group identifier, and determining that the group includes a bot, the bot including a software application for performing one or more tasks over the internet. The method also includes determining whether the bot is a user bot responsive to a user node in the group or a group bot responsive to each of the one or more user nodes, selecting a bot voice library commanded

**2**

by the bot to process the recorded audio, sending, by the group messaging service, the recorded audio to the determined user bot or group bot, processing, by a speech-to-text converter and a natural language unit of the selected bot voice library, the recorded audio to produce enhanced text, performing, by the determined user bot or group bot, one or more designated actions corresponding to one of the recorded audio and the enhanced text, and sending, by the determined user bot or group bot, an audio reply to the group messaging service.

In another implementation, a non-transitory computer readable storage medium is provided. The non-transitory computer readable storage medium is configured to store computer instructions that when executed cause a processor to perform one or more of receiving, by a group messaging service coupled to the internet and a group including one or more user nodes, a message including recorded audio and a first group identifier, and determining that the group includes a bot, the bot including a software application for performing one or more tasks over the internet. The processor also performs determining whether the bot is a user bot responsive to a user node in the group or a group bot responsive to each of the one or more user nodes, selecting a bot voice library commanded by the bot to process the recorded audio, sending, by the group messaging service, the recorded audio to the determined user bot or group bot, processing, by a speech-to-text converter and a natural language unit of the selected bot voice library, the recorded audio to produce enhanced text, performing, by the determined user bot or group bot, one or more designated actions corresponding to one of the recorded audio and the enhanced text, and sending, by the determined user bot or group bot, an audio reply to the group messaging service.

In yet another implementation, a computing system is provided. The computing system includes one or more of a storage system including program instructions and a processing system, operably coupled to the storage system. Program instructions when executed by the processing system are directed to receive, by a group messaging service coupled to the internet and a group including one or more user nodes, a message including recorded audio and a first group identifier, and determine that the group includes a bot, the bot including a software application for performing one or more tasks over the internet. The processor is also directed to determine whether the bot is a user bot responsive to a user node in the group or a group bot responsive to each of the one or more user nodes, select a bot voice library commanded by the bot to process the recorded audio, send, by the group messaging service, the recorded audio to the determined user bot or group bot, process, by a speech-to-text converter and a natural language unit of the selected bot voice library, the recorded audio to produce enhanced text, perform, by the determined user bot or group bot, one or more designated actions corresponding to one of the recorded audio and the enhanced text, and send, by the determined user bot or group bot, an audio reply to the group messaging service.

This overview is provided to introduce a selection of concepts in a simplified form that are further described below in the Technical Disclosure. It may be understood that this overview is not intended to identify key features or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter.

### BRIEF DESCRIPTION OF THE DRAWINGS

Many aspects of the disclosure can be better understood with reference to the following drawings. While several

US 11,127,636 B2

**3**

implementations are described in connection with these drawings, the disclosure is not limited to the implementations disclosed herein. On the contrary, the intent is to cover all alternatives, modifications, and equivalents.

FIG. 1 illustrates a group messaging system in accordance with embodiments of the present disclosure.

FIG. 2 illustrates a messaging flow for configuring a bot into a group in accordance with embodiments of the present disclosure.

FIG. 3 illustrates a flowchart of a bot messaging process in accordance with embodiments of the present disclosure.

FIG. 4 illustrates a messaging flow for a user node in accordance with embodiments of the present disclosure.

FIG. 5A illustrates a shared bot entry within a data structure in accordance with embodiments of the present disclosure.

FIG. 5B illustrates a per-user bot entry within a data structure in accordance with embodiments of the present disclosure.

FIG. 6 illustrates messaging using a shared bot with a commercial service in accordance with embodiments of the present disclosure.

FIG. 7 illustrates messaging using a per-user bot with a commercial service in accordance with embodiments of the present disclosure.

FIG. 8 illustrates a flowchart of a messaging process using shared or per-user bots in accordance with embodiments of the present disclosure.

FIG. 9 illustrates a bot system architecture in accordance with a first embodiment of the present disclosure.

FIG. 10 illustrates a bot system architecture in accordance with a second embodiment of the present disclosure.

FIG. 11 illustrates a flowchart of a bot architecture message flow process using voice libraries in accordance with embodiments of the present disclosure.

FIG. 12 illustrates a representative computing device in accordance with embodiments of the present disclosure.

DETAILED DESCRIPTION

The following figures and description describe various embodiments that may be used to provide bot messaging in group user node environments. Many arrangements of messaging systems 100, 200, 400, 600, 700, 900, and 1000 are possible, and the illustrated arrangements should be viewed as only exemplary arrangements of many such possible organizations.

FIG. 1 illustrates a group messaging system 100 in accordance with embodiments of the present disclosure. Group messaging system 100 includes at least user nodes 108 and a group messaging service 104. The group messaging service 104 includes one or more computers or servers that facilitate communication between user nodes 108. Each user node 108 includes at least a mobile device 112, including smart phones, PDAs, or certain wearable computers. In some embodiments, user nodes 108 include a wearable pendant 116 for wireless bidirectional audio communication with the mobile device 112. In other embodiments, user nodes 108 do not include a wearable pendant 116. In one embodiment, the wireless bidirectional communication protocol uses Bluetooth LE. Mobile device 112 may also include one or more embedded or downloadable software applications that facilitate audio communication between the wearable pendant 116 and other user nodes 108 or the group messaging service 104.

User nodes 108 may be organized into one or more groups 120, where each group 120 includes at least one user node

**4**

108. In the exemplary embodiment illustrated in FIG. 1, two groups 120 are present in the group messaging system 100, identified as group 1 120A and group 2 120B. Group 1 120A includes three user nodes 108, identified as user node A 108A, user node B 108B, and user node C 108C. Each of the three user nodes 108 in group 1 120A includes a wearable pendant 116. Group 2 120B also includes three user nodes 108, identified as user node A 108A, user node D 108D, and user node E 108E. User node A 108A and user node D 108D each include a wearable pendant 116, while user node E 108E does not include a wearable pendant 116. In the absence of a wearable pendant 116, the user for user node E 108E communicates with the mobile device 112E as they would with any smart phone or similar mobile device 112.

Notably, both group 1 120A and group 2 120B include user node A 108A. A given user node 108 may be in none, one, or any number of groups 120. Multiple groups 120 may include different user nodes 108, or exactly the same user nodes 108. There is no limit to the association between user nodes 108 and groups 120.

When a user node 108 of a group 120 communicates with another group 120 through the group messaging service 104, messages 124 are sent wirelessly and through the internet between the communicating user nodes 108 and the group messaging service 104. Messages 124 include recorded audio (a recorded message) as well as an ID of the sending user node 108 and a group ID for the destination group the message is being delivered to. The group messaging service 104 receives the message 124, identifies the group ID associated with the message 124, looks up the user nodes 108 contained within the destination group 120, and transmits the message 124 including the ID of the sending user node 108 to each of the user nodes 108 in the destination group 120. For example, if the user of user node B 108B wanted to send a message 124 to group 2 120B, the user of user node B 108B would speak into the wearable pendant 116 and identify group 2 120B as the destination for the message 124 while speaking the audio for the message into the wearable pendant 116. An application on mobile device 112B would then create a message 124 including recorded audio as described above and send the message 124 to the group messaging service 104. The software application on the mobile device 112B would have been previously configured with the group messaging service 104. The group messaging service 104 would then receive, analyze, and transmit the message 124 to each of the user nodes in group 2 120B as described earlier. Finally, each of the users of user node A 108A, user node D 108D, and user node E 108E would receive and hear the audio for the message 124 sent by the user of user node B 108B. Use of groups 120 as described herein does not preclude sending messages 124 directly from one user node 108 to a different user node 108.

FIG. 2 illustrates a messaging flow for configuring a bot 208 into a group 120 in accordance with embodiments of the present disclosure. System 200 includes one or more groups 120 as described with reference to FIG. 1, a group messaging service 104, and one or more existing bots 204. Bots 208 are software applications for performing one or more tasks over the internet. Therefore, bots 208 are internet-connected and in most embodiments are separate from the group messaging service 104.

Bots 208 may be incorporated into groups 120 by configuring each bot 208 in the group messaging service 104 in a similar fashion to user nodes 108. Group messaging service 104 includes data structures 212 for specifying which user nodes 108 and bots 208 are in each group 120. Each such data structure 212 includes identifiers and

**5**

addresses for each user node **108** and bot **208** entity in the data structure **212**. Group messaging service **104** in group messaging system **200** includes two group data structures **212**, identified as group 1 data structure **212**A and group 2 data structure **212**B. Data structure **212**A includes identifiers and addresses for each of the user nodes **108** in group 1 **120**. Using the example shown in FIG. **1**, data structure **212**A includes a user node A **108**A address and identifier, a user node B **108**B address and identifier, and a user node C **108**C address and identifier. Data structure **212**B includes a user node A **108**A address and identifier, a user node D **108**D address and identifier, and a user node E **108**E address and identifier. Group messaging service **104** may include any number of data structures **212**, and a given bot **208** may be included in any number of data structures **212**. Data structures **212** may include service IDs or identifiers for any user nodes **108**, as well. Service IDs may be anything, including a user name, and email address, or anything else that uniquely identifies a user or user node **108**.

A user of a user node **108** initiates adding a bot **208** to a group **120**. In the example illustrated in FIG. **2**, a user in group 1 **120**A sends a configuration message **220** to the group messaging service **104** through the application on a corresponding mobile device **112** requesting a specific bot **208**C the user has identified be added to group 1 **120**A. The user may not have the address of the requested bot **208**C, but is at least able to uniquely identify the requested bot **208**C. It is assumed that multiple existing bots **204** may be available to be messaged, and in the example of FIG. **2**, bots **208**A, **208**B, and **208**C are available.

In response to the group messaging service **104** receiving the message **220** for bot **208**C in group 1 **120**A, a system administrator associated with the group messaging service configures **224** data structure **212**A to route messages to or from bot **208**C. A bot **208**C address and identifier is added to data structure **212**A for group 1. In some embodiments, the system administrator may need to obtain information associated with bot **208**C in order to configure data structure **212**A. Typically, once the system administrator has completed configuring bot **208**C into the group 1 data structure **212**A, the system administrator sends a configuration message (not shown) to the group 1 **120**A user that sent the request **220** to add bot **208**C to group 1 **120**. At this point, bot **208**C is configured into group 1 **120**A along with user nodes **108**A, **108**B, and **108**C and ready to receive messages from any user node **108** in group 1 **120**A. Group messaging service **104** also includes a process **216** for sending messages to a bot **208** configured in a group **120**.

FIG. **3** illustrates a flowchart of a bot messaging process **216** in accordance with embodiments of the present disclosure. The bot messaging process **216** allows a user node **108** to send a message **124** to a bot **208** in a group **120**. Once a bot **208** is configured into a group **120**, a user node **108** may send and receive messages to and from the bot **208** through the group messaging service **104**. Flow begins at block **304**.

At block **304**, the group messaging service **104** receives a message **124** from a user node **108** in a group **120**. The message **124** includes recorded audio, a destination group **120** identifier, a bot identifier (if the message **124** is intended to be sent to a bot **208**), and an identifier of the user node **108** sending the message **124**. Flow proceeds to decision block **308**.

At block **308**, the group messaging service **104** determines if there is a bot **208** configured in the group **120** corresponding to the destination group identifier. If there is a bot **208** configured in the group **120** corresponding to the destination group identifier, then flow proceeds to decision

**6**

block **316**. If there is not a bot **208** configured in the group **120** corresponding to the destination group identifier, then flow instead proceeds to block **312**.

At block **312**, the group messaging service **104** has determined that a bot **208** is not configured in the group **120** corresponding to the destination group identifier, and therefore sends the received message **124** to the user nodes **108** within the destination group **120**. Addresses for the user nodes **108** within the destination group **120** are determined by reviewing the data structure **212** within the group messaging service **104** corresponding to the destination group **120**. Flow ends at block **312**, or the group messaging service **104** returns to block **304** to wait for a next received message **124**.

At decision block **316**, the group messaging service **104** determines if the received message **124** should be sent to a specific bot **208**. The group messaging service **104** reviews the data structure **212** corresponding to the destination group **120**, and identifies a bot entry **504** corresponding to the bot identifier in the received message **124**. A data structure **212** may include any number of bot entries **504**. If there is a match, and a bot entry **504** in the data structure **212** matches the bot identifier, then flow proceeds to block **320**. If there is not a match, and no bot entries **504** in the data structure **212** matches the bot identifier, then flow instead proceeds to block **312**.

At block **320**, the group messaging service **104** has identified a match between the received message **124** and the data structure **212** corresponding to the destination group **120**, and sends the message **124** to the selected bot **208**. At this point, the message **124** has been delivered to the addressed bot **208**, and the addressed bot **208** carries out one or more functions corresponding to recorded audio within the message **124**. In some embodiments, the bot **208** provides a data or audio acknowledgment back to the group messaging service **104**, and in turn the group messaging service **104** provides the data or audio acknowledgment back to the user node **108** that sent the original message **124** or the group **120** that includes the user node **108** that sent the original message **124**. In some embodiments, after the group messaging service **104** sends the message **124** to the selected bot **208**, flow proceeds to block **312** and the group messaging service **104** sends the message **124** to other users and user nodes **108** within the same group **120** as the user node **108** that sent the original message **124**.

FIG. **4** illustrates a messaging flow **400** for a user node **108** in accordance with embodiments of the present disclosure. The present invention allows users and user nodes **108** to send messages **124** through a group messaging service **104** to one or more bots **208**, and have the one or more bots **208** perform various tasks related to the functionality of the one or more bots **208**.

In some cases, bots **208** may provide enhanced functionality beyond providing information back to a requesting user node **108**. For example, a bot **208** may be associated with one or more commercial services **404** that may allow purchase, sale, or other financial or more complex transactions. Bot **208** may parse message inputs to determine service handles corresponding to specific commercial services **404**. In some embodiments, commercial services **404** may be associated with different user accounts, for example an account associated with a specific user or user node **108** and another account associated with a group **120**. In order to utilize such commercial services **404**, it is generally necessary to configure the commercial service **404** with various information **408** related to the user and user node **108** sourcing the transaction. In some embodiments, the com-

**7**

mercial service **404** is configured at least with a user ID and a user address or IP address corresponding to a user and user node **108** who intends to use the commercial service **404**. In other embodiments, the commercial service **404** is further configured with other information **408** such as, but not limited to, credit card numbers, credit card expiration dates, passwords, authentication keys, or any other information.

In the exemplary embodiment illustrated in group messaging system **400**, user node C **108**C sends a message **124** specifying bot **208**C to the group messaging service **104**. As described with reference to FIG. **3**, the group messaging service **104** identifies bot **208**C is a valid recipient of the message **124**, and forwards the message **124** to bot **208**C. Bot **208**C is associated with commercial service **404**, and passes along information within the message **124** to the commercial service **404**. The commercial service **404** verifies the information within the message **124** by comparing it to information **408** within the commercial service **404** that has previously been configured.

In some embodiments, commercial service **404** sends a message **412** to user node C **108**C requesting service verification. For example, for improved security it may be beneficial to provide user verification for a financial transaction that may have impacts to financial accounts associated with the user of user node C **108**C. In most embodiments, an application on mobile device **112**C receives and displays the service verification **412** to the user, and the user verifies the transaction through the application. The application then replies to the service verification **412** and sends a reply back to the commercial service **404**, where the requested transaction is then executed and acknowledged. In one embodiment, the service verification **412** and reply are sent through a different messaging channel than messages **124** that go through the group messaging service **104**. In other embodiments, the service verification **412** and reply are sent through the same messaging channel than messages **124** that go through the group messaging service **104**.

FIG. **5**A illustrates a shared bot entry **504**A within a data structure **212**A in accordance with embodiments of the present disclosure. Data structures **212** may be configured one of two ways, depending on desired bot **208** performance within a group **120**. In a first embodiment, data structure **212**A includes a bot entry **504**A that designates bot **208**C as a shared bot **208**. Shared bot entry **504**A includes a bot address **508**A and a bot identifier or ID **512**A. A shared bot **208** is identified by a group **120** designation within the bot entry **504**A. When a group **120** designation appears within a bot entry **504**A, the group messaging service **104** treats the corresponding bot **208** (bot **208**C) as a shared bot within the corresponding group **120** (group C, as shown).

FIG. **5**B illustrates a per-user bot **208** within a data structure **212**A in accordance with embodiments of the present disclosure. Data structures **212** may be configured one of two ways, depending on desired bot **208** performance within a group **120**. In a second embodiment, data structure **212**A includes a per-user bot entry **504**B that designates bot **208**C as a per-user bot **208**. Per-user bot entry **504**B includes a bot address **508**B and a bot identifier or ID **512**B. A per-user bot **208** is identified by a user or user node **108** designation within the bot entry **504**B. When a user or user node **108** designation appears within a bot entry **504**B, the group messaging service **104** treats the corresponding bot **208** (bot **208**C) as a dedicated bot **208** to a corresponding user or user node **108** (user C, as shown).

FIG. **6** illustrates messaging using a shared bot **208** with a commercial service **404** in accordance with embodiments of the present disclosure. The present invention allows users

**8**

and user nodes **108** to send messages **124** through the group messaging service **104** to one or more shared bots **208**, and have the one or more shared bots **208** perform various tasks related to the functionality of the one or more shared bots **208**. As described with reference to FIG. **5**A, shared bots **208** are bots **208** assigned to a specific group **120** instead of a specific user or user node **108**. Any user node **108** within a group **120** may send a message to a shared bot **208** configured within the same corresponding group's data structure **212**A, and the group messaging service **104** will respond accordingly. Otherwise, the group messaging service **104** will send a notification to the requesting user or user node **108** that the shared bot **208** is currently not assigned to the group **120** of the requesting user or user node **108**.

Data structure **212**A includes one or more shared bot entries **504**A. Data structure **212**A may also contain both shared bot entries **504**A and per-user bot entries **504**B. Each shared bot entry **504**A includes a bot address **508**A and a bot identifier or ID **512**A. Group messaging service **104** includes a process **604**, shown in more detail in FIG. **8**, that selects a specific shared bot entry **504**A corresponding to the message **124**, and sends a message specifying the group ID **612** to the selected shared bot **208**. It should be understood that the shared bot **208**, and the commercial service **404** if applicable, provides a response to the group messaging service **104** at least related to completion of the requested task in the message **612**. The group messaging service **104** would then provide a notification to each of the user nodes **108** in the requesting group **120**A.

In some cases, shared bots **208** may provide enhanced functionality beyond providing information back to a requesting user node **108**. For example, a shared bot **208** may be associated with one or more commercial services **404** that may allow purchase, sale, or other financial or more complex transactions. In order to utilize such commercial services **404**, it is generally necessary to configure the commercial service **404** with various information **608** related to the group **120** and user node **108** sourcing the transaction. In the case of a shared bot **208**, the commercial service **404** is configured at least with an account ID, an ID corresponding to the group **120**, and an IP address corresponding to the group **120** for the user nodes **108** whose users intend to use the commercial service **404**. In other embodiments, the commercial service **404** is further configured with other information **608** such as, but not limited to, credit card numbers, credit card expiration dates, passwords, authentication keys, or any other information.

In the exemplary embodiment illustrated in group messaging system **600**, a user node **108** in group 1 **120**A sends a message **124** specifying shared bot **208** to the group messaging service **104**. As described with reference to FIG. **6**, the group messaging service **104** identifies shared bot **208** is a valid recipient of the message **124**, and forwards the message **124** to shared bot **208**. Shared bot **208** is associated with commercial service **404**, and passes along information within the message **124** to the commercial service **404**. The commercial service **404** verifies the information within the message **124** by comparing it to information **608** within the commercial service **404** that has previously been configured for the group **120**.

In one embodiment, the group messaging service **104** and data structure **212**A may be configured to forward all messages **124** from group 1 **120**A to a specific bot **208**, without the specific bot **208** being explicitly addressed. In this way, a specific bot **208** may be effectively monitoring all conversations within group 1 **120**A between user nodes **108**

**9**

of group 1 **120**A, and acting upon predetermined identified audio within each recorded message **124**.

In some embodiments (not shown), commercial service **404** sends a message to one or more user nodes **108** of the corresponding group **120** requesting service verification. For example, for improved security it may be beneficial to provide user verification for a financial transaction that may have impacts to financial accounts associated with the group **120**. In most embodiments, an application on mobile devices **112** in the group **120** receives and displays the service verification to the user(s), and the user(s) verify the transaction through a mobile device **112** application. The application then replies to the service verification and sends a reply back to the commercial service **404**, where the requested transaction is then executed and acknowledged. In one embodiment, the service verification and reply are sent through a different messaging channel than messages **124** that go through the group messaging service **104**. In other embodiments, the service verification and reply are sent through the same messaging channel than messages **124** that go through the group messaging service **104**.

FIG. **7** illustrates messaging using a per-user bot **208** with a commercial service **404** in accordance with embodiments of the present disclosure. The present invention allows users and user nodes **108** to send messages **124** through the group messaging service **104** to one or more per-user bots **208**, and have the one or more per-user bots **208** perform various tasks related to the functionality of the one or more per-user bots **208**. As described with reference to FIG. 5B, per-user bots **208** are bots **208** assigned to a specific user or user node **108** instead of a group **120**. Any user node **108** within a group **120** may send a message **124** to a per-user bot **208** configured within the corresponding group's data structure **212**A, and the group messaging service **104** will process the message to the per-user bot **208** if the per-user bot **208** is configured to the sending user or user node **108**C. Otherwise, the group messaging service **104** will send a notification to the requesting user or user node **108** that the per user bot **208** is currently not assigned to the requesting user or user node **108**.

Data structure **212**A includes one or more per-user bot entries **504**. Data structure **212**A may also contain both shared bot entries **504**A and per-user bot entries **504**B. Each per-user bot entry **504**B includes a bot address **508**B and a bot identifier or ID **512**B. Group messaging service **104** includes a process **604**, shown in more detail in FIG. **8**, that selects a specific per-user bot entry **504**A corresponding to the message **124**, and sends a message specifying the user ID **708** to the selected per-user bot **208**. It should be understood that the per-user bot **208**, and the commercial service **404** if applicable, provides a response to the group messaging service **104** at least related to completion of the requested task in the message **708**. The group messaging service **104** would then provide a notification to the user node **108**C that sent the original message **124**.

In some cases, per-user bots **208** may provide enhanced functionality beyond providing information back to a requesting user node **108**C. For example, a per-user bot **208** may be associated with one or more commercial services **404** that may allow purchase, sale, or other financial or more complex transactions. In order to utilize such commercial services **404**, it is generally necessary to configure the commercial service **404** with various information **704** related to the user and user node **108**C sourcing the transaction. In the case of a per-user bot **208**, the commercial service **404** is configured at least with an account ID, an ID corresponding to the user or user node **108**C, and an IP

**10**

address corresponding to the user **108**C whose user intends to use the commercial service **404**. In other embodiments, the commercial service **404** is further configured with other information **704** such as, but not limited to, credit card numbers, credit card expiration dates, passwords, authentication keys, or any other information.

In the exemplary embodiment illustrated in group messaging system **700**, user node **108**C sends a message **124** specifying per-user bot **208** to the group messaging service **104**. As described with reference to FIG. **8**, the group messaging service **104** identifies per-user bot **208** is a valid recipient of the message **124**, and forwards the message **124** to per-user bot **208**. Per-user bot **208** is associated with commercial service **404**, and passes along information within the message **124** to the commercial service **404**. The commercial service **404** verifies the information within the message **124** by comparing it to information **704** within the commercial service **404** that has previously been configured for the user and user node **108**C.

In one embodiment, the group messaging service **104** and data structure **212**A may be configured to forward all messages **124** from a specific user node C **108**C to a specific bot **208**, without the specific bot **208** being explicitly addressed. In this way, a specific bot **208** may be effectively monitoring all conversations from user node C **108**C between user nodes **108** of group 1 **120**A, and acting upon identified audio within each recorded message **124** from user node C **108**C.

In some embodiments (not shown), commercial service **404** sends a message to user node **108**C requesting service verification. For example, for improved security it may be beneficial to provide user verification for a financial transaction that may have impacts to financial accounts associated with the user of user node **108**C. In most embodiments, an application on mobile device **112** of user node **108**C receives and displays the service verification to the user, and the user verifies the transaction through the mobile device **112** application. The application then replies to the service verification and sends a reply back to the commercial service **404**, where the requested transaction is then executed and acknowledged. In one embodiment, the service verification and reply are sent through a different messaging channel than messages **124** that go through the group messaging service **104**. In other embodiments, the service verification and reply are sent through the same messaging channel than messages **124** that go through the group messaging service **104**.

FIG. **8** illustrates a flowchart of a messaging process **604** using shared or per-user bots **208** in accordance with embodiments of the present disclosure. The bot messaging process **604** allows a user node **108** to send a message **124** to either a shared bot **208** or a per-user bot **208** in a group **120**. Once a bot **208** is configured into a group **120**, a user node **108** may send and receive messages **124** to and from the bot **208** through the group messaging service **104**. Flow begins at block **804**.

At block **804**, the group messaging service **104** receives a message **124** from a user node **108** in a group **120**. The message **124** includes recorded audio, a destination group **120** identifier, a bot identifier (if the message **124** is intended to be sent to a bot **208**), and an identifier of the user node **108** sending the message **124**. Flow proceeds to decision block **808**.

At block **808**, the group messaging service **104** determines if there is a bot **208** configured in the group **120** corresponding to the destination group **120** identifier. If there is a bot **208** configured in the group **120** corresponding to the

**11**

destination group **120** identifier, then flow proceeds to decision block **812**. If there is not a bot **208** configured in the group **120** corresponding to the destination group **120** identifier, then flow instead proceeds to block **832**.

At decision block **812**, the group messaging service **104** determines if the received message **124** should be sent to a specific shared bot **208**. The group messaging service **104** reviews the data structure **212** corresponding to the destination group **120**, and identifies a shared bot entry **504**A corresponding to the bot identifier in the received message **124**. A data structure **212** may include any number of shared or per-user bot entries **504**A/**504**B. If there is a match, and a shared bot entry **504**A in the data structure **212** matches the bot identifier, then flow proceeds to decision block **816**. If there is not a match, and no shared bot entries **504**A in the data structure **212** match the bot identifier, then the received message should be sent to a per-user bot **208** and flow instead proceeds to decision block **824**.

At decision block **816**, the group messaging service **104** determines if the message **124** qualifies. A qualified message **124** is a message with content that conforms with a bot entry **504**A/**504**B in the data structure **212**. With respect to decision block **816**, since there is a bot **208** involved (decision block **808**) and the bot **208** is a shared bot **208** (decision block **812**), the message **124** must be sent by a user node **108** in the same data structure **212** as the shared bot **208**. Therefore, a qualified user node **108** has transmitted the message **124** and is able to have the message **124** sent to the shared bot **208**. If the message qualifies, then flow proceeds to block **820**. If the message does not qualify, then flow instead proceeds to block **832**.

At block **820**, the group messaging service **104** has identified a match between the received message **124** and the data structure **212** corresponding to the destination group **120**, and sends the message **124** to the selected shared bot **208**. At this point, the message **124** has been delivered to the addressed shared bot **208**, and the addressed shared bot **208** carries out one or more functions corresponding to recorded audio within the message **124**. In some embodiments, the shared bot **208** provides a data or audio acknowledgment back to the group messaging service **104**, and in turn the group messaging service **104** provides the data or audio acknowledgment back to the user node **108** that sent the original message **124** or the group **120** that includes the user node **108** that sent the original message **124**. In some embodiments, after the group messaging service **104** sends the message **124** to the selected shared bot **208**, flow proceeds to block **832** and the group messaging service **104** sends the message **124** to other users and user nodes **108** within the same group **120** as the user node **108** that sent the original message **124**.

At decision block **824**, the group messaging service **104** determines if the message **124** qualifies. A qualified message **124** is a message with content that conforms with a bot entry **504**A/**504**B in the data structure **212**. With respect to decision block **824**, since there is a bot **208** involved (decision block **808**) and the bot **208** is a per-user bot **208** (decision block **812**), the message **124** must be sent by a user node **108** in the same data structure **212** as the per-user bot **208**. Therefore, a qualified user node **108** has transmitted the message **124** and is able to have the message **124** sent to the per-user bot **208**. If the message qualifies, then flow proceeds to block **828**. If the message does not qualify, then flow instead proceeds to block **832**.

At block **820**, the group messaging service **104** has identified a match between the received message **124** and the data structure **212** corresponding to the destination group

**12**

**120**, and sends the message **124** to the selected per-user bot **208**. At this point, the message **124** has been delivered to the addressed per-user bot **208**, and the addressed per-user bot **208** carries out one or more functions corresponding to recorded audio within the message **124**. The per-user bot **208** provides a data or audio acknowledgment back to the group messaging service **104**, and in turn the group messaging service **104** provides the data or audio acknowledgment back to the user node **108** that sent the original message **124**. In some embodiments, after the group messaging service **104** sends the message **124** to the selected per-user bot **208**, flow proceeds to block **832** and the group messaging service **104** sends the message **124** to other users and user nodes **108** within the same group **120** as the user node **108** that sent the original message **124**.

At block **832**, the group messaging service **104** has determined that a bot **208** is not configured in the group corresponding to the destination group **120** identifier (decision block **808**) or the message **124** is not qualified (decision block's **816** and **824**), and therefore sends the received message **124** to the user nodes **108** within the destination group **120**. Addresses for the user nodes **108** within the destination group **120** are determined by reviewing the data structure **212** within the group messaging service **104** corresponding to the destination group **120**. Flow ends at block **832**, or the group messaging service **104** returns to block **804** to wait for a next received message **124**.

FIG. **9** illustrates a bot system **900** architecture in accordance with a first embodiment of the present disclosure. Once a group messaging service **104** has been configured to use one or more bots **208**, user nodes **108** within groups **120** may send and receive messages from the bots **208**. In some embodiments, bots **208** may be configured to respond to enhanced text **916**, rather than recorded messages **124** as described previously. In such cases, group messaging service **104** must be able to convert audio from the recorded messages **124** into enhanced text **916** which may be sent to a bot **208** to execute one or more actions.

A group, such as group 1 **120**A includes one or more user nodes **108**, including user node B **108**B including mobile device **112**B and wearable pendant **116**. User node **108**B sends a recorded message with encoded audio **904** to the group messaging service **104**, where the recorded message **904** is directed to a bot **208** in group 1 **120**A. Group messaging service **104** decodes the encoded audio in the recorded message **904** to create decoded audio **908**. Group messaging service **104** executes process **940** to identify a bot **208** and voice library, and direct the recorded message to users and bots **208** appropriately. Process **940** is shown and described in more detail with respect to FIG. **11**.

Group messaging service **104** either includes a voice library as part of group messaging service **104**, or has access to one or more remote voice libraries. Voice libraries include at least a speech-to-text engine **902** and a natural language unit **903**. In some embodiments, the speech-to-text engine **902** is part of group messaging service **104** while the natural language unit **903** is remote. In other embodiments, the speech-to-text engine **902** is remote while the natural language unit **903** is part of group messaging service **104**. Remote portions of the voice library are accessed through Gateway processing **901**. Data structures **212** of the group messaging service **104** need to be configured as to whether voice libraries are required to be used for group messages, or not. For example, some bots **208** may require a voice library to be used while other bots **208** may not.

The group messaging service **104** sends the decoded audio to the speech-to-text engine **902**, and the speech-to-

**13**

text engine **902** converts the decoded audio into text **912** and sends the text **912** to the group messaging service **104**. In some embodiments, the speech-to-text engine **902** sends the text **912** directly to the natural language unit **903**. After receiving the text **912**, the group messaging service **104** sends the text **912** to the natural language unit **903**, which reviews the text **912** and converts the text **912** into enhanced text **916**. Enhanced text **916** is clarified and simplified from text **912** into a form more suitable for presentation to a bot **208** to execute. The natural language unit **903** sends the enhanced text **916** to the group messaging service **104**.

After receiving the enhanced text **916** from the natural language unit **903**, the group messaging service **104** sends the enhanced text **916** to the selected bot **208** corresponding to the recorded message **904**. Bot **208** receives the enhanced text **916** and in response, performs one or more designated actions **920** corresponding to the decoded audio **908** and enhanced text **916**. In some embodiments, bot **208** is associated with one or more commercial services **404**, such as order management systems or systems involving various financial transactions. Bot **208** forwards an order **936** or other commercial service request to commercial service **404** for execution. As previously described, commercial service **404** would need to be previously configured by the user of user node B **108**B with payment, account number, IP address, or any other required information. Commercial service **404**, after verifying the transaction with mobile device **112**B, then carries out the requested order **936**. Bot **208** would then send a reply **924** to the group messaging service **104** with various information including at least completion of the request corresponding to the enhanced text **916**.

In response to receiving the reply **924** from the bot **208**, the group messaging service **104** forwards a reply **928** to group 1 **120**A including user node B **108**B. Optionally, group messaging service **104** provides the original recorded message to the group **932** in order to inform other user nodes **108** of group 1 **120**A of the request made by user node B **108**B. At this point, all actions with recorded message **904** have been carried out and the requested transaction has been completed.

FIG. **10** illustrates a bot system **1000** architecture in accordance with a second embodiment of the present disclosure. FIG. **10** illustrates a more complex embodiment to that illustrated bot system **900** of FIG. **9**. Bot system **1000** includes alternative voice libraries directly accessible by bot **208**.

A group, such as group 1 **120**A includes one or more user nodes **108**, including user node B **108**B including mobile device **112**B and wearable pendant **116**. User node **108**B sends a recorded message with encoded audio in a PCU format **1016** to the group messaging service **104**, where the recorded message **904** is directed to a bot **208** in group 1 **120**A. Group messaging service **104** decodes the encoded audio in the recorded message **904** to create decoded audio **908**. Group messaging service **104** executes process **940** to identify a bot **208** and voice library, and direct the recorded message to users and bots **208** appropriately. Process **940** is shown and described in more detail with respect to FIG. **11**.

For embodiments where the group messaging service **104** interfaces with and controls voice libraries, group messaging service **104** either includes a voice library as part of group messaging service **104**, or has access to one or more remote voice libraries **1004**. Voice libraries **1004** include at least Gateway processing **901**, a speech-to-text engine **902**A and a natural language unit **903**A. Voice libraries **1004** may be accessible through one or more application programming

**14**

interfaces (APIs). In some embodiments, the speech-to-text engine **902**A is part of group messaging service **104** while the natural language unit **903**A is remote. In other embodiments, the speech-to-text engine **902**A is remote while the natural language unit **903**A is part of group messaging service **104**. In some embodiments, a generic speech-to-text engine **902**A may be used in conjunction with multiple natural language units **903**. For example, one natural language unit **903** may be used for restaurant or food-related messages, another natural language unit **903** may be used for document or publication-related messages, and another natural language unit **903** may be used for scheduling related messages.

Data structures **212** of the group messaging service **104** need to be configured as to whether voice libraries are required to be used for group messages, or not. Also, if multiple voice libraries **1004**, **1008**, **1012** are available, data structures **212** may indicate which voice library is used for each bot **208**. For example, some bots **208** may require a voice library to be used while other bots **208** may not.

The group messaging service **104** sends the decoded audio **1020** to the speech-to-text engine **902**A, and the speech-to-text engine **902**A converts the decoded audio into text and sends the text directly to the natural language unit **903**A. The natural language unit **903**A reviews the text and converts the text into enhanced text **1024**, and sends the enhanced text **1024** to the group messaging service **104**. Enhanced text **1024** is clarified and simplified text in a form more suitable for presentation to a bot **208** to execute.

After receiving the enhanced text **1024** from the natural language unit **903**A, the group messaging service **104** sends the enhanced text **1028** to the selected bot **208** corresponding to the recorded message **1016**. Bot **208** receives the enhanced text **1028** and in response, performs one or more designated actions **1040** corresponding to the decoded audio **1020** and enhanced text **1028**. In some embodiments, bot **208** is associated with one or more commercial services **404**, such as order management systems or systems involving various financial transactions. Bot **208** forwards one or more orders **1044** or other commercial service request to one or more commercial services **404** for execution. As previously described, commercial services **404** would need to be previously configured by the user of user node B **108**B with payment, account number, IP address, or any other required information. Commercial services **404**, after verifying the transaction with mobile device **112**B, then carries out the requested order **1044**. Bot **208** would then send a text reply **1028** to the group messaging service **104** with various information including at least completion of the request corresponding to the enhanced text **1028**.

In response to receiving the text reply **1028** from the bot **208**, the group messaging service **104** forwards a reply **1052** to group 1 **120**A including user node B **108**B. Optionally, group messaging service **104** provides the original recorded message to the group **1056** in order to inform other user nodes **108** of group 1 **120**A of the request made by user node B **108**B. At this point, all actions with recorded message **1016** have been carried out and the requested transaction has been completed.

A second embodiment where the bot **208** directly interfaces with voice libraries **1012** is now described. After the group messaging service **104** receives the recorded message with encoded audio (.PCU format) **1016**, the group messaging service **104** forwards the .PCU audio **1032** to a .PCU to .WAV voice library **1008**. The .PCU to .WAV voice library **1008** converts the audio in .PCU format **1032** to .WAV format **1036**. The .PCU to .WAV voice library **1008** is also

15

able to convert audio in .WAV format **1036** to .PCU format **1032**. The .PCU to .WAV voice library **1008** may either be part of group messaging service **104** or remote from group messaging service **104**. The .PCU to .WAV voice library **1008** sends the .WAV audio **1036** to the bot **208**.

Bot **208** has an associated bot voice library **1012**, including a speech-to-text engine **902**B and a natural language unit **903**B. Bot voice library **1012** converts .WAV audio **1036** into enhanced text. The enhanced text may be required by the bot **208** in order to perform designated actions **1040**, or may be required by one or more commercial services **404** to perform additional actions including processing orders or financial transactions. In one embodiment, bot **208** performs designated actions **1040** after receiving the .WAV audio **1036** but before converting the .WAV audio **1036** into enhanced text with bot voice library **1012**. In another embodiment, bot **208** performs designated actions **1040** after receiving the .WAV audio **1036** and after converting the .WAV audio **1036** into enhanced text with bot voice library **1012**.

After bot **208** has completed all designated actions **1040**, bot **208** sends an audio reply **1048**, usually in compressed .MP3 format, to the .PCU to .WAV voice library **1008**. The .PCU to .WAV voice library **1008** converts audio in .MP3 format **1048** into .PCU audio **1032**, and sends the .PCU audio **1032** to the group messaging service **104**. The group messaging service **104** receives the .PCU audio **1032** and a reply, and sends a reply **1052** to group 1 **120**A, having user node B **108**B. Optionally, the group messaging service **104** sends the original message to the group **1056**. At this point, all actions with recorded message **1016** have been carried out and the requested transaction has been completed.

FIG. **11** illustrates a flowchart of a bot architecture message flow process **940** using voice libraries in accordance with embodiments of the present disclosure. The bot messaging process **940** allows a user node **108** of a group **120** to send a message **124** to various configurations of bots **208** and voice libraries. Once a bot **208** is configured into a group **120**, a user node **108** may send and receive messages to and from the bot **208** through the group messaging service **104**. Flow begins at block **1104**.

At block **1104**, the group messaging service **104** receives a message **124** from a user node **108** in a group **120**. The message **124** includes recorded audio, a destination group **120** identifier, a bot identifier (if the message **124** is intended to be sent to a bot **208**), and an identifier of the user node **108** sending the message **124**. Flow proceeds to decision block **1108**.

At block **1108**, the group messaging service **104** determines if there is a bot **208** configured in the group **120** corresponding to the destination group **120** identifier. If there is a bot **208** configured in the group **120** corresponding to the destination group **120** identifier, then flow proceeds to block **1116**. If there is not a bot **208** configured in the group **120** corresponding to the destination group **120** identifier, then flow instead proceeds to block **1112**.

At block **1112**, the group messaging service **104** has determined that a bot **208** is not addressed in the message **124** (decision block **1108**) or the message **124** is not qualified (decision blocks **1124** and **1132**), and therefore sends the received message **124** to the user nodes **108** within the destination group **120**. Addresses for the user nodes **108** within the destination group **120** are determined by reviewing the data structure **212** within the group messaging service **104** corresponding to the destination group **120**.

16

Flow ends at block **1112**, or the group messaging service **104** returns to block **1104** to wait for a next received message **124**.

At block **1116**, the group messaging service **104** selects a voice library **1004**, **1008**, **1012** to apply to the message **124**. If only a single voice library is available, the group messaging service **104** selects that voice library. In some embodiments, voice libraries **1012** may be specific to a bot **208**. In other embodiments, voice libraries **1004** may be general-purpose and able to be used with many such bots **208**. In yet other embodiments, voice libraries **1008** may be used to convert recorded audio from one format to another format. Flow proceeds to decision block **1120**.

At decision block **1120**, the group messaging service **104** determines if the received message **124** should be sent to a specific shared bot **208**. The group messaging service **104** reviews the data structure **212** corresponding to the destination group **120**, and attempts to identify a shared bot entry **504**A corresponding to the bot identifier in the received message **124**. A data structure **212** may include any number of shared or per-user bot entries **504**A/**504**B. If there is a match, and a shared bot entry **504**A in the data structure **212** matches the bot identifier, then flow proceeds to decision block **1124**. If there is not a match, and no shared bot entries **504**A in the data structure **212** match the bot identifier, then the received message should be sent to a per-user bot **208** and flow instead proceeds to decision block **1132**.

At decision block **1124**, the group messaging service **104** determines if the message **124** qualifies. A qualified message **124** is a message with content that conforms with a bot entry **504**A/**504**B in the data structure **212**. With respect to decision block **1124**, since there is a bot **208** involved (decision block **1108**) and the bot **208** is a shared bot **208** (decision block **1120**), the message **124** must be sent by a user node **108** in the same data structure **212** as the shared bot **208**. Therefore, a qualified user node **108** has transmitted the message **124** and is able to have the message **124** sent to the shared bot **208**. If the message qualifies, then flow proceeds to block **1128**. If the message does not qualify, then flow instead proceeds to block **1112**.

At block **1128**, the group messaging service **104** has identified a match between the received message **124** and the data structure **212** corresponding to the destination group **120**, and sends the message **124** to the selected shared bot **208**. At this point, the message **124** has been delivered to the addressed shared bot **208**, and the addressed shared bot **208** carries out one or more functions corresponding to recorded audio within the message **124**. In some embodiments, the shared bot **208** provides a data or audio acknowledgment back to the group messaging service **104**, and in turn the group messaging service **104** provides the data or audio acknowledgment back to the user node **108** that sent the original message **124** or the group **120** that includes the user node **108** that sent the original message **124**. In some embodiments, after the group messaging service **104** sends the message **124** to the selected shared bot **208**, flow proceeds to block **1112** and the group messaging service **104** sends the message **124** to other users and user nodes **108** within the same group **120** as the user node **108** that sent the original message **124**.

At decision block **1132**, the group messaging service **104** determines if the message **124** qualifies. A qualified message **124** is a message with content that conforms with a bot entry **504**A/**504**B in the data structure **212**. With respect to decision block **1132**, since there is a bot **208** involved (decision block **1108**) and the bot **208** is a per-user bot **208** (decision block **1120**), the message **124** must be sent by a user node

17

108 in the same data structure 212 as the per-user bot 208. Therefore, a qualified user node 108 has transmitted the message 124 and is able to have the message 124 sent to the per-user bot 208. If the message qualifies, then flow proceeds to block 1136. If the message does not qualify, then flow instead proceeds to block 1112.

At block 1136, the group messaging service 104 has identified a match between the received message 124 and the data structure 212 corresponding to the destination group 120, and sends the message 124 to the selected per-user bot 208. At this point, the message 124 has been delivered to the addressed per-user bot 208, and the addressed per-user bot 208 carries out one or more functions corresponding to recorded audio within the message 124. The per-user bot 208 provides a data or audio acknowledgment back to the group messaging service 104, and in turn the group messaging service 104 provides the data or audio acknowledgment back to the user node 108 that sent the original message 124. In some embodiments, after the group messaging service 104 sends the message 124 to the selected per-user bot 208, flow proceeds to block 1112 and the group messaging service 104 sends the message 124 to other users and user nodes 108 within the same group 120 as the user node 108 that sent the original message 124.

FIG. 12 illustrates a representative computing device 1200 in accordance with embodiments of the present disclosure. Computing device 1200 performs the processes of the present application, including process 216 of FIG. 3, process 604 of FIG. 8, and process 940 of FIG. 11. Computing device 1200 may be any sort of known computing device including servers, desktop computers, notebook computers, tablets, embedded computers, personal digital assistants (PDAs), smart phones, wearable computers, or any other sort of computing device 1200.

Computing device 1200 includes memory 1208, which may include one or both of volatile and nonvolatile memory types. In some embodiments, the memory 1208 includes firmware which includes program instructions that are fetched and executed, including program instructions for the processes of the present invention. Memory 1208 also includes data 1216 which includes data structures 212 of the present application. Examples of non-volatile memory 1208 include, but are not limited to, flash memory, SD, Erasable Programmable Read Only Memory (EPROM), Electrically Erasable Programmable Read Only Memory (EEPROM), hard disks, and Non-Volatile Read-Only Memory (NOVRAM). Volatile memory 1208 stores various data structures and user data. Examples of volatile memory 1208 include, but are not limited to, Static Random Access Memory (SRAM), Dual Data Rate Random Access Memory (DDR RAM), Dual Data Rate 2 Random Access Memory (DDR2 RAM), Dual Data Rate 3 Random Access Memory (DDR3 RAM), Zero Capacitor Random Access Memory (Z-RAM), Twin-Transistor Random Access Memory (TTRAM), Asynchronous Random Access Memory (A-RAM), ETA Random Access Memory (ETA RAM), and other forms of temporary memory.

In addition to memory 1208, computing device 1200 may also include a database 1220, which may be local to computing device 1200 or externally accessible to computing device 1200 such as in a cloud environment providing cloud storage. Database 1220 may provide storage for a large number of parameters including data structures 212, recorded or decoded audio from messages 124, voice libraries, or any other applications or data associated with embodiments of the present application.

18

Computing device 1200 includes a processor 1204. Processor 1204 includes one or more processing devices suitable for executing device applications 1212 and data 1216 such as Intel x86-compatible processors, embedded processors, mobile processors, and/or RISC processors. Processor 1204 may include several devices including field-programmable gate arrays (FPGAs), memory controllers, North Bridge devices, and/or South Bridge devices. Although in most embodiments, processor 1204 fetches application 1212 program instructions and data 1216 from memory 1208, it should be understood that processor 1204 and applications 1212 may be configured in any allowable hardware/software configuration, including pure hardware configurations implemented in ASIC or FPGA forms.

Computing device 1200 also includes a display 1232. The display 1232 may include control and non-control areas. In most embodiments, controls are "soft controls" displayed on a screen and not necessarily hardware controls or buttons. In some embodiments one or more controls may be "soft controls" and one or more controls may be hardware controls or buttons. In yet other embodiments, controls may be all hardware controls or buttons. Display 1232 may be a touch screen whereby controls may be activated by a finger touch or touching with a stylus or pen. Non-control areas are areas of the screen not including a control.

Computing device 1200 includes a network transceiver 1236. Network transceiver 1236 is any wired or wireless interface able to connect to one or more networks, including the internet or cloud in order to transmit and receive messages 124, 612, 708, 904, 932, 1016, 1056 and replies 924, 928, 1052. Network transceiver 1236 may also be configured to transmit and receive decoded audio 908 and 1020, PCU audio 1032, text 912, and enhanced text 916, 1024, and 1028.

Computing device 1200 may also include a keyboard 1224 and pointing device 1228 to interact with applications 1212 and the display 1232.

The functional block diagrams, operational scenarios and sequences, and flow diagrams provided in the Figures are representative of exemplary systems, environments, and methodologies for performing novel aspects of the disclosure. While, for purposes of simplicity of explanation, methods included herein may be in the form of a functional diagram, operational scenario or sequence, or flow diagram, and may be described as a series of acts, it is to be understood and appreciated that the methods are not limited by the order of acts, as some acts may, in accordance therewith, occur in a different order and/or concurrently with other acts from that shown and described herein. For example, those skilled in the art will understand and appreciate that a method could alternatively be represented as a series of interrelated states or events, such as in a state diagram. Moreover, not all acts illustrated in a methodology may be required for a novel implementation.

The descriptions and figures included herein depict specific implementations to teach those skilled in the art how to make and use the best option. For the purpose of teaching inventive principles, some conventional aspects have been simplified or omitted. Those skilled in the art will appreciate variations from these implementations that fall within the scope of the disclosure. Those skilled in the art will also appreciate that the features described above can be combined in various ways to form multiple implementations. As a result, the invention is not limited to the specific implementations described above, but only by the claims and their equivalents.

**19**

The invention claimed is:

**1**. A method comprising:

receiving, by a group messaging service configured to manage messaging between a plurality of user nodes in a group, a message comprising recorded audio and a bot identifier for a bot member of the group, a bot comprising a software application for performing a task over the internet;

in response to receiving the message, searching a data structure of the group, maintained by the group messaging service, based on the bot identifier to determine that the bot member is a member of the group;

in response to determining the bot member is a member of the group, accessing a bot entry in the data structure corresponding to the bot identifier, the bot entry including an indicator of a voice library corresponding to the bot member, voice libraries including a set of processing elements configured to convert an audio message into a target format;

selecting which of a plurality of available voice libraries to use to process the recorded audio based on the indicator in the bot entry;

processing, by a selected voice library, the recorded audio to produce a modified message in the target format suited to the bot member; and

sending, by the group messaging service, the modified message to the bot member.

**2**. The method of claim **1**, further comprising:

determining a type of bot the bot member is between:
a group bot responsive to any member of the group; and
a user bot responsive to a selected user node from the group;

receiving, by the group messaging service, a reply from the bot member in response to sending the modified message; and

sending the reply to the selected user node when the bot member is a user bot, and to the plurality of user nodes when the bot member is a group bot.

**3**. The method of claim **1**, wherein processing the recorded audio comprises:

converting, by a speech-to-text engine of the selected voice library, the recorded audio to text data; and

converting, by a natural language unit of the selected voice library, the text data to create enhanced text, wherein enhanced text comprises a command specially formatted for execution by the bot member.

**4**. The method of claim **3**, wherein the message further includes a message address, wherein the group messaging service extracts the message address from the enhanced text.

**5**. The method of claim **1** further comprising:

sending the message, by the group messaging service, to the plurality of user nodes in response to receiving the message.

**6**. The method of claim **1**, wherein selecting which of the plurality of voice libraries to use comprises:

selecting between:
a voice library including a preferred speech-to-text unit and a preferred natural language unit; and
a voice library including a .PCU to .WAV format converter.

**7**. The method of claim **1**, wherein:

the group messaging service receives the recorded audio as encoded audio;

processing the recorded audio includes decoding the recorded audio to obtain decoded audio; and

processing the recorded audio includes processing the decoded audio.

**20**

**8**. The method of claim **1**, wherein:

the group messaging service comprises a plurality of data structures for a plurality of groups, the plurality of data structures each comprising a unique group identifier;

searching the data structure of the group for the bot entry comprises:
selecting a data structure from the plurality of data structures matching a target group identifier from the message;
reviewing the selected data structure for bot entries comprising an identifier and a bot address; and
determining the selected data structure comprises at least the bot entry.

**9**. The method of claim **2**, wherein determining the type of bot the bot member is further comprises:

reviewing the bot entry for the type of bot;

determining the bot entry corresponds to a user bot when the bot entry includes a user node identifier; and

determining the bot entry corresponds to a group bot when the bot entry includes a group identifier.

**10**. A memory device storing instructions that, when executed, cause a processor to perform a method comprising:

receiving, by a group messaging service configured to manage messaging between a plurality of user nodes in a group, a message comprising recorded audio and a bot identifier for a bot member of the group, a bot comprising a software application for performing a task over the internet;

in response to receiving the message, searching a data structure of the group, maintained by the group messaging service, based on the bot identifier to determine that the bot member is a member of the group;

in response to determining the bot member is a member of the group, accessing for a bot entry in the data structure corresponding to the bot identifier for an indicator of a voice library corresponding to the bot member, voice libraries including a set of processing elements configured to convert an audio message into a target format;

selecting which of a plurality of available voice libraries to use to process the recorded audio based on the indicator in the bot entry;

processing, by a selected voice library, the recorded audio to produce a modified message in the target format suited to the bot member; and

sending, by the group messaging service, the modified message to the bot member.

**11**. The memory device of claim **10**, wherein the modified message commands the bot member to send an order to a commercial service for order fulfillment.

**12**. The memory device of claim **10**, wherein processing the recorded audio comprises:

converting, by a speech-to-text engine of the selected voice library, the recorded audio to text data; and

converting, by a natural language unit of the selected voice library, the text data to create enhanced text, wherein enhanced text comprises a command specially formatted for execution by the bot member.

**13**. The memory device of claim **10**, the processor performing the method further comprising:

determining a type of bot the bot member is between:
a group bot responsive to any member of the group; and
a user bot responsive to a selected user node from the group;

US 11,127,636 B2

21

receiving, by the group messaging service, a reply from the bot member in response to sending the modified message; and

sending the reply to the selected user node when the bot member is a user bot, and to the plurality of user nodes when the bot member is a group bot.

**14**. The memory device of claim **13**, wherein:

the reply comprises received text; and

sending the reply includes converting the received text to audio data.

**15**. The memory device of claim **14**, the processor performing the method further comprising:

processing, by the selected voice library, the received text to produce decoded reply audio;

encoding the decoded reply audio to produce encoded reply audio; and

sending the reply includes sending the encoded reply audio.

**16**. A computing system, comprising:

a storage system comprising program instructions; and

a processor, operably coupled to the storage system, which executes the program instructions to operate a group messaging service configured to manage messaging between a plurality of user nodes in a group, including:

receive a message comprising recorded audio and a bot identifier for a bot member of the group, a bot comprising a software application for performing a task over the internet;

in response to receiving the message, search a data structure of the group, maintained by the group messaging service, based on the bot identifier to determine that the bot member is a member of the group;

in response to determining the bot member is a member of the group, accessing for a bot entry in the data structure corresponding to the bot identifier, the bot entry including an indicator of a voice library corresponding to the bot member, voice libraries including a set of processing elements configured to convert an audio message into a target format;

select a selected voice library from a plurality of available voice libraries to use to process the recorded audio based on the indicator in the bot entry;

22

process, by the selected voice library, the encoded recorded audio to produce a modified message in the target format suited to the bot member; and

send, by the group messaging service, the modified message to the bot member.

**17**. The computing system of claim **16**, wherein the processor operates the group messaging service, further including:

receive the message as encoded audio;

decode the encoded recorded audio to obtain decoded audio;

send a request to convert, by a speech-to-text engine of the selected voice library, the decoded audio to decoded text; and

send a request to enhance, by a natural language unit of the selected voice library, the decoded text to create enhanced text, wherein enhanced text comprises a command specially formatted for execution by the bot member.

**18**. The computing system of claim **16**, wherein the processor operates the group messaging service, further including:

send the message to the plurality of user nodes in response to receiving the message.

**19**. The computing system of claim **16**, wherein:

the group messaging service comprises a plurality of data structures for a plurality of groups, the plurality of data structures each comprising a unique group identifier;

searching the data structure of the group for the bot entry comprises:

select a data structure from the plurality of data structures matching a target group identifier from the message;

review the selected data structure for bot entries comprising an identifier and a bot address; and

determine the selected data structure comprises at least the bot entry.

**20**. The memory device of claim **10**, wherein selecting which of the plurality of voice libraries to use comprises:

selecting between:

a voice library including a preferred speech-to-text unit and a preferred natural language unit; and

a voice library including a .PCU to .WAV format converter.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 11,127,636 B2 | Page 1 of 1 |
| APPLICATION NO. | : 15/937035 | |
| DATED | : September 21, 2021 | |
| INVENTOR(S) | : Jesse Robbins et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Claim 10, Line 15, delete "for"

Claim 16, Line 17, delete "for"

Signed and Sealed this
Twenty-second Day of February, 2022

Drew Hirshfeld
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*