# EXHIBIT 6

# PATENT ASSIGNMENT COVER SHEET

| | |
|---|---|
| Electronic Version v1.1 | Assignment ID: PATI548000 |
| Stylesheet Version v1.2 | |

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Orion Labs, Inc. | 09/12/2024 |

### RECEIVING PARTY DATA

| | |
|---|---|
| **Company Name:** | Orion Labs Tech LLC |
| **Street Address:** | 9208 NE Hwy 99 |
| **Internal Address:** | Suite 107 #1110 |
| **City:** | Vancouver |
| **State/Country:** | WASHINGTON |
| **Postal Code:** | 98665 |

### PROPERTY NUMBERS Total: 51

| Property Type | Number |
|---|---|
| Patent Number: | 10630821 |
| Patent Number: | 10667874 |
| Patent Number: | 10733403 |
| Patent Number: | 10687178 |
| Patent Number: | 10542084 |
| Patent Number: | 10552655 |
| Patent Number: | 10454756 |
| Patent Number: | 10462003 |
| Patent Number: | 10462620 |
| Patent Number: | 10887290 |
| Patent Number: | 10897433 |
| Patent Number: | 11233848 |
| Patent Number: | 11575660 |
| Patent Number: | 10923125 |
| Patent Number: | 10924339 |
| Patent Number: | 11258731 |
| Patent Number: | 11258733 |
| Patent Number: | 11265684 |
| Patent Number: | 11601692 |

| Property Type | Number |
|---|---|
| Patent Number: | 10965623 |
| Patent Number: | 11328130 |
| Patent Number: | 11019369 |
| Patent Number: | 11019468 |
| Patent Number: | 11711326 |
| Patent Number: | 11095624 |
| Patent Number: | 11431659 |
| Patent Number: | 11128521 |
| Patent Number: | 11127636 |
| Patent Number: | 11683160 |
| Patent Number: | 11140101 |
| Patent Number: | 10848947 |
| Patent Number: | 10855626 |
| Patent Number: | 10862961 |
| Patent Number: | 10863479 |
| Patent Number: | 11205425 |
| Patent Number: | 9936010 |
| Patent Number: | 9940094 |
| Patent Number: | 9948398 |
| Patent Number: | 10270894 |
| Patent Number: | 10305686 |
| Patent Number: | 10321166 |
| Patent Number: | 10368223 |
| Patent Number: | 10367792 |
| Patent Number: | 10045186 |
| Patent Number: | 10057394 |
| Patent Number: | 10061955 |
| Patent Number: | 10110430 |
| Patent Number: | 10120644 |
| Patent Number: | 10402612 |
| Patent Number: | 10404794 |
| Patent Number: | 10425774 |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 4125807663
Email: agabriel@vitek-ip.com

PATENT
REEL: 069124 FRAME: 0716

| | |
|---|---|
| **Correspondent Name:** | Andrew Gabriel |
| **Address Line 1:** | 1355 NW Everett St |
| **Address Line 4:** | Portland, OREGON 97209 |
| ATTORNEY DOCKET NUMBER: | OLT |
| NAME OF SUBMITTER: | Andrew Gabriel |
| SIGNATURE: | Andrew Gabriel |
| DATE SIGNED: | 10/08/2024 |

**Total Attachments: 3**
source=Orion_Patent_Assignment#page1.tiff
source=Orion_Patent_Assignment#page2.tiff
source=Orion_Patent_Assignment#page3.tiff

## EXHIBIT B

### PATENT ASSIGNMENT AGREEMENT

### [Will need to customize based on Jurisdiction]

For good and valuable consideration, the receipt of which is hereby acknowledged, Orion Labs, Inc. („SELLER") does hereby sell, assign, transfer and set over to Orion Labs Tech LLC („PURCHASER"), subject to existing encumbrances, the patent and patent applications listed on Exhibit A annexed hereto (the "Patents"), and any inventions claimed in said Patent, any reissue or reissues of said Patents already granted and which may be granted, any certificates of reexamination already granted and which may be granted the same to be held and enjoyed by PURCHASER for its own use and enjoyment, and for the use and enjoyment of its successors, assigns or other legal representatives, to the end of the term or terms for which said Patents are or may be granted, reissued or extended as fully and entirely as the same would have been held and enjoyed by SELLER, if this assignment and sale had not been made; together with all claims for damages by reason of past, current, and future infringement and/or provisional rights under said Patents, with the right to sue for, and collect the same for its own use and behalf, and for the use and behalf of its successors, assigns or other legal representatives.

And, SELLER, hereby authorizes and requests the Commissioner of Patents and Trademarks, and any official of any country or countries foreign to the United States, whose duty is to issue patents or other evidence or forms of industrial property on applications as aforesaid, to issue any and all Letters Patents of the United States, or their foreign equivalent, on said inventions to PURCHASER as assignee of the entire interest.

In Witness Whereof, SELLER has executed this Assignment by its duly authorized representative.

SELLER
By: _/s/ G.P. Taylor_
Name: GREGORY P. TAYLOR
Title: CEO ORION LABS INC.
Date: 12 SEPTEMBER 2024

*DG*              *GPT*
PURCHASER_____    SELLER_____    10

# EXHIBIT A

## List of Purchased Patents

| Patent No. | Patent Title | Country | Notes |
|---|---|---|---|
| 10630821 | One-touch group communication device control | US | |
| 10667874 | Dynamic muting audio transducer control for wearable personal communication nodes | US | |
| 10733403 | Proximity-based linking for wearable group communication device | US | |
| 10687178 | Phone-less member of group communication constellations | US | |
| 10542084 | Device to device grouping of personal communication nodes | US | |
| 10552655 | Image-acquisition-based linking for wearable group communication device | US | |
| 10454756 | Wearable group communication device bypass connectivity | US | |
| 10462003 | Intelligent agent features for wearable personal communication nodes | US | |
| 10462620 | Group communication forwarding to a secondary service | US | |
| 10887290 | Operating environment partitioning for securing group communication device resources | US | |
| 10897433 | Bot group messaging using general voice libraries | US | |
| 11233848 | Device to device grouping of personal communication nodes | US | |
| 11575660 | End-to-end encryption for personal communication nodes | US | |
| 10923125 | Integrating logic services with a group communication service | US | |
| 10924339 | Intelligent agent features for wearable personal communication nodes | US | |
| 11258731 | Bot proxy for group communication service | US | |
| 11258733 | Transcription bot for group communications | US | |
| 11265684 | Phone-less member of group communication constellations | US | |
| 11601692 | Supplemental audio content for group communications | US | |
| 10965623 | Shared and per-user bot group messaging method | US | |
| 11328130 | Translational bot for group communication | US | |
| 11019369 | Supplemental audio content for group communications | US | |
| 11019468 | Group communication forwarding to a secondary service | US | |
| 11711326 | Bot group messaging method | US | |
| 11095624 | End-to-end encryption for personal communication nodes | US | |
| 11431659 | Shared and per-user bot group messaging method | US | |
| 11128521 | Group communication device bypass connectivity | US | |
| 11127636 | Bot group messaging using bot-specific voice libraries | US | |
| 11683160 | Encrypted group communications | US | |
| 11140101 | Bot group messaging method | US | |
| 10848947 | Audio communications via a low energy wireless link | US | |
| 10855626 | Transcription bot for group communications | US | |

*DB*    *GPT*

PURCHASER _____    SELLER _____    8

| | | | |
|---|---|---|---|
| 10862961 | Discovery and formation of local communication group | US | |
| 10863479 | Exchanging group communications over family radio service (FRS) channels | US | |
| 11205425 | Integrating logic services with a group communication service and a voice assistant service | US | |
| 9936010 | Device to device grouping of personal communication nodes | US | |
| 9940094 | Dynamic muting audio transducer control for wearable personal communication nodes | US | |
| 9948398 | Image-acquisition-based linking for wearable group communication device | US | |
| 10270894 | One-touch group communication device control | US | |
| 10305686 | Encrypted group communications | US | |
| 10321166 | Supplemental audio content for group communications | US | |
| 10368223 | Low energy audio streaming | US | |
| 10367792 | End-to end encryption for personal communication nodes | US | |
| 10045186 | Low energy audio streaming | US | |
| 10057394 | One-touch group communication device control | US | |
| 10061955 | Proximity-based linking for wearable group communication device | US | |
| 10110430 | Intelligent agent features for wearable personal communication nodes | US | |
| 10120644 | Dynamic muting audio transducer control for wearable personal communication nodes | US | |
| 7972584 | Magnesiothermic methods of producing high-purity silicon | US | |
| 10402612 | Wearable group communication device linking | US | |
| 10404794 | Discovery and formation of local communication group | US | |
| 10425774 | Group communication device management | US | |

DG    GPT

PURCHASER _____    SELLER _____    9